# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Vitol Inc.</u>    1:20-cr-00539(MKB)(RLM)

2. Related Magistrate Docket Number(s):  N/A

3. Arrest Date:  On the date of anticipated plea, December 3, 2020

4. Nature of offense(s):   ☒   Felony
                            ☐   Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): Please see enclosed relation letter.

6. Projected Length of Trial:   Less than 6 weeks   ☒
                                More than 6 weeks   ☐

7. County in which crime was allegedly committed: Kings County.
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐Yes  ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes  ☐ No

10. Have arrest warrants been ordered?   ☐Yes  ☒ No

11. Is there a capital count included in the indictment?   ☐Yes  ☒ No

                                    SETH D. DUCHARME
                                    Acting United States Attorney

                          By:       *Mark E. Bini*
                                    _____
                                    Mark E. Bini
                                    Andrey Spektor
                                    Assistant U.S. Attorneys
                                    718-254-7000

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12