AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>VITOL INC.<br>*Defendant* | )<br>)  Case No.  20-CR-539 (ENV)<br>)<br>)<br>) |

Clerk's Office
Filed Date:  12/3/2020
3:53 PM

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  12/3/2020

*[signature]*, SVP & GENERAL COUNSEL
*Defendant's signature*    VITOL INC.

*[signature]*
*Signature of defendant's attorney*

Jeffrey H. Knox, Esq. and Joshua A. Levine, Esq.
*Printed name of defendant's attorney*

s/Eric N. Vitaliano
*Judge's signature*

Hon. Eric N. Vitaliano, U.S. District Court Judge
*Judge's printed name and title*