

Clerk's Office
Filed Date: 12/3/2020

3:13 PM

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AS/MEB
F. #2020R00957

*Select Street Address*
*Select City & State*

December 3, 2020

By E-mail

The Honorable Eric N. Vitaliano
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Application Granted
> SO ORDERED
> Brooklyn, New York
> Dated: 12/3/2020
> *s/Eric N. Vitaliano*
> _____
> Eric N. Vitaliano
> United States District Judge

   Re: United States v. Vitol Inc.
      Criminal Docket No. 20-CR-539 (ENV)

Dear Judge Vitaliano:

  The government respectfully moves for an order unsealing the above-captioned matter and docket, except that Docket Entry #2 (ECF No. 2) remain sealed for the reasons set forth in that document.

         Respectfully submitted,

         SETH D. DuCHARME
         Acting United States Attorney

     By:   /s/
         Mark E. Bini
         Andrey Spektor
         Assistant U.S. Attorneys
         (718) 254-7000

Enclosure

cc: Clerk of Court (by ECF)
   Defense counsel (by ECF and e-mail)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                     UNSEALING ORDER

VITOL INC.                      Docket No. 20-CR-539 (ENV)

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of SETH D. DUCHARME, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Mark E. Bini and Andrey Spektor, for an order fully unsealing the docket in the above-captioned matter and all the entries except Docket Entry #2 (ECF No. 2), because the public's right to access with respect to those documents is no longer outweighed by the parties' interest in sealing the docket and documents.

WHEREFORE, it is ordered that the docket and all the entries in the above-captioned matter be unsealed except for Docket Entry #2. Docket Entry #2 shall remain sealed for the reasons set forth in that document.

Dated:    Brooklyn, New York
            December 3, 2020

                                          _____
                                          THE HONORABLE ERIC N. VITALIANO
                                          UNITED STATES DISTRICT JUDGE
                                          EASTERN DISTRICT OF NEW YORK